STATE OF Pennsylvania )
COUNTY OF Montgomery )

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared _FHHIMA SPRACCA_ who is known to me and after being by me first duly sworn, deposes and says the following:

My individual responsibility is to administer GMAC Mortgage Corporation mortgage loans in bankruptcy. Specifically, this includes monitoring loan payments. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. My personal knowledge of this mortgage loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No: | 0589119106 |
| 2. | Debtor: | Charles L. Payton |
| 3. | Bankruptcy Case No: | 07-13256-MAM-13 |
| 4. | Property Description: | 2175 Cimarron Terrace, Palm Harbor, FL 34683 |
| 5. | Net Principal Balance as of 12/28/2007 | 195,917.64 |
| 6. | Value of Collateral | 250,000.00 |
| 7. | Estimated Pay-off Amount | 205,143.84 |
| 8. | Delinquent Status as of 12/28/2007 | Due for payment |

1 payments of 1,862.81 each for Dec 1, 2007 through Dec 1, 2007                    1,862.81

Late Charges                                           60.76
Bankruptcy Attorney Fees for MFR                      500.00
Bankruptcy Filing Fees for MFR                        150.00

Total Post-petition Mortgage Arrearage              $2,573.57

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to and subscribed before me on this the __7__ day of _February_, 2007.

_____
Affiant

Sworn to and subscribed before me on this the __7th__ day of _February_, 2007.

_____
Notary Public
My Commission Expires: _1/5/11_

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donald T. Dempsey, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Jan. 5, 2011
Member, Pennsylvania Association of Notaries

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donald T. Dempsey, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Jan. 5, 2011