IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                                            CHAPTER 13
                                                     CASE NO. 07-13256-MAM-13

**CHARLES L. PAYTON**
**KAREN A. PAYTON,**

     **Debtors.**

## AMENDMENT TO SCHEDULES

     Come now the debtors Charles and Karen Payton by and through the undersigned attorney and amend their bankruptcy petition as follows:

     1.      Debtors amend schedule F to include the disputed contingent liability claim of Anthem Blue Cross and Blue Shield, Post Office Box 37690, Louisville KY 40233-7690 in the amount of $0.00.

Respectfully submitted on this 11th day of September, 2009.

                                                                         /s/ Earl P. Underwood, Jr.
                                                                         EARL P. UNDERWOOD, JR.
                                                                         Attorney for Debtors

OF COUNSEL:
Law Offices of Earl P. Underwood, Jr.
21 South Section Street
P.O. Box 969
Fairhope, AL 36533-0969
251-990-5558

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon all parties of interest by depositing a copy of the same in the United States mail, properly addressed and first class postage affixed prepaid on this the 11th day of September 2009 or by using the electronic filing system.

Frost Brown Todd LLC
400 West Market St., 32nd Fl
Louisville KY 40202-3363

Anthem Blue Cross and Blue Shield
PO Box 37690
Louisville KY 40233-7690

                                                                         /s/ Earl P. Underwood, Jr.
                                                                         Earl P. Underwood, Jr.